FILED
April 07, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002543092

TIMOTHY J. WALSH (SBN 69509 )
ATTORNEY AT LAW
1319 TRAVIS BLVD
FAIRFIELD, CA. 94533
TEL: 707 429-1990
FAX: 707 429-1998
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| LUANNE DELUNA<br><br>    Debtor. | Case No: 10-27580<br>MOTION TO COMPEL ABANDONMENT<br>OF BUSINESS ASSETS<br>TJW-1<br>DATE: APRIL 27, 2010<br>TIME: 9:30 AM<br>DEPT C<br>COURTROOM 35<br>JUDGE CHRISTOPHER M. KLEIN<br>11USC554 |

DEBTOR'S MOTION TO COMPEL TRUSTEE TO ABANDON ASSETS OF BUSINESS, TO WIT: "IT ALL ADDS UP" A SOLE PROPRIETORSHIP

Debtor hereby moves the Court for an order to compel the trustee to abandon the assets of property of the estate, to wit: business and assets of the same known as "IT ALL ADDS UP", a sole proprietorship.

The business is the sole proprietorship of the debtor and consists of misc business equipment, valued at less than $1000, including used office furniture, computer and copier. This is a service business consisting primarily of bookkeeping and income tax service.

Debtor believes that there is no value to the estate, and may serve as a potential liability to the estate, if the motion is not granted.

This motion is presented in good faith, at the request of the trustee, and pursuant to guidelines of this Court.

WHEREFORE:

Debtors pray the Court enter an order to compel the trustee to abandon the business and business assets of the debtor, commonly known as "IT ALL ADDS UP".

Dated this 7th DAY OF APRIL 2010

/s/ Timothy J. Walsh
TIMOTHY J. WALSH
ATTORNEY AT LAW